UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVERGREEN CHEVROLET, a Washington limited liability company,<br><br>                Plaintiff,<br><br>    v.<br><br>GRANITE STATE INSURANCE COMPANY, an Illinois corporation and subsidiary of American International Group, a New York corporation,<br><br>                Defendant. | NO.<br><br>DEFENDANT GRANITE STATE INSURANCE COMPANY'S CORPORATE DISCLOSURE |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Granite State Insurance Company, through its undersigned counsel, hereby states as follows:

Granite State Insurance Company is a direct, wholly-owned (100%) subsidiary of AIG Property Casualty U.S., Inc., which is a wholly-owned (100%) subsidiary of AIG Property Casualty Inc., which is a wholly-owned (100%) subsidiary of American International Group, Inc., which is a publicly-held corporation. No parent entity or publicly held entity owns 10% or more of the stock of American International Group, Inc.

DEFENDANT GRANITE STATE
INSURANCE COMPANY'S COPORATE
DISCLOSURE - 1

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

| | |
|---|---|
| Dated:  November 13, 2020 | GORDON REES SCULLY MANSUKHANI, LLP |
| | By: *s/Donald J. Verfurth*<br>    Donald J. Verfurth, WSBA #15554 |
| | By: *s/Sally S. Kim*<br>    Sally S. Kim, WSBA #35289<br>    Attorneys for Defendant Granite State Insurance Company<br>Gordon Rees Scully Mansukhani, LLP<br>701 Fifth Avenue, Suite 2100<br>Seattle, WA 98104<br>Phone: (206) 695-5100<br>Email: dverfurth@grsm.com<br>             sallykim@grsm.com |

---

DEFENDANT GRANITE STATE INSURANCE COMPANY'S COPORATE DISCLOSURE - 2

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

# CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington that on this date I caused a copy of the foregoing to be delivered by email to counsel, addressed as follows:

*Attorneys for Plaintiff*

Andrew D. Glascock, WSBA #36114
Glascock | Street | Waxler LLP
6915 S. Macadam Ave., Ste. 300
Portland, OR 97219
Phone: (503) 501-5430
Fax: (503) 501-5626
Email: glascock@gswlaworegon.com

DATED this 13th day of November, 2020.

                                           *s/Caroline Mundy*
                                           Caroline Mundy, Legal Assistant
                                           Email: cmundy@grsm.com

DEFENDANT GRANITE STATE INSURANCE COMPANY'S COPORATE DISCLOSURE - 3

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822