UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVERGREEN CHEVROLET, a Washington limited liability company,<br><br>    Plaintiff,<br>vs.<br><br>GRANITE STATE INSURANCE COMPANY, an Illinois corporation and subsidiary of American International Group, a New York corporation,<br><br>    Defendant. | Case No.: 2:20-CV-01674-RSL<br><br>**STIPULATED MOTION AND ORDER FOR EXTENSION OF SETTLEMENT CONFERENCE AND DISPOSITIVE MOTION DEADLINES** |

The parties, by and through their attorneys, file this stipulated motion and respectfully request that the Court issue an order extending the Settlement Conference and Dispositive Motions deadlines.  Specifically, the parties request that the Settlement Conference date be extended to November 22, 2021 and that the Dispositive Motion filing deadline be extended to November 29, 2021.  In support of this stipulated motion, the parties state:

1. Defendant filed its Notice of Removal on November 13, 2020, attaching the Summons and Complaint.

2. Defendant filed its Answer to the Complaint on November 20, 2020.

3. The parties filed their Joint Status Report and discovery plan on December 16, 2020.

4. The court issued its Minute Order Setting Trial Date & Related Deadlines on December 18, 2020.

5. On September 21, 2021, counsel for the parties conferred and agreed to proceed with private mediation with Judge Terrence Carroll, ret.

6. On October 20, 2021, counsel for the parties scheduled private mediation for November 22, 2021.  This was the first available date from the mediator that fit the parties' and counsel's schedules.

7. The requested extensions are sought in good faith and not for the purposes of unwarranted delay.  No party will be prejudiced by the requested extensions of time.

THERFORE, the parties respectfully request that the Court issue an order extending the Settlement Conference deadline and Dispositive motions deadlines as follows:

> Settlement conference per LCR 39.1(c)(2) or, alternatively,
> Mediation per LCR 39.1(c)(3) HELD no later than
>     11/22/2021

All dispositive motions must be FILED by 11/29/2021

DATED this 25th day of October, 2021.

HiefieldFoster&Glascock LLP
Attorneys At Law
6915 SW Macadam Avenue, Suite 300
Portland, OR  97219
Tel: (503) 501-5430   Fax: (503) 501-5626

| | |
|---|---|
| GLASCOCK STREET WAXLER LLP | GORDON REES SCULLY MANSUKHANI, LLP |
| *s/ Andrew D. Glascock* <br> Andrew D. Glascock, WSBA #36114 <br> Attorney for Plaintiff Evergreen Chevrolet <br> Glascock Street Waxler, LLP <br> 6915 S Macadam Avenue, Suite 300 <br> Portland, Oregon 97219 <br> Phone: 503-501-5430 <br> Email: glascock@gswlaworegon.com | *s/ Donald J. Verfurth* <br> Donald J. Verfurth, WSBA #15554 <br> Sally S. Kim, WSBA #35289 <br> Attorneys for Defendant Granite State Ins. Co. <br> Gordon Rees Scully Mansukhani, LLP <br> 701 Fifth Avenue, Suite 2100 <br> Seattle, WA 98104 <br> Phone: 206-695-5100 <br> Email: dverfurth@grsm.com, sallykim@grsm.com |

## **ORDER**

Having considered the Parties' Stipulated Motion for Extension of Settlement Conference and Dispositive Motion Deadlines, and being sufficiently advised, the Court hereby ORDERS as follows:

IT IS ORDERED that the MOTION be granted and that the Settlement Conference and Dispositive Motion deadlines are EXTENDED as follows:

> Settlement conference per LCR 39.1(c)(2) or, alternatively,
> Mediation per LCR 39.1(c)(3) HELD no later than
>     11/22/2021

All dispositive motions must be FILED by 11/29/2021

IT IS SO ORDERED.

Dated this 26th day of October, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judg