1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVERGREEN CHEVROLET, a Washington limited liability company,<br><br>                           Plaintiff,<br><br>     v.<br><br>GRANITE STATE INSURANCE COMPANY, an Illinois corporation and subsidiary of American International Group, a New York corporation,<br><br>                           Defendant. | NO.  2:20-cv-01674-RSL<br><br>**STIPULATED MOTION AND ORDER FOR EXTENSION OF SUMMARY JUDGMENT MOTION BRIEFING DEADLINES** |

The parties, by and through their attorneys, file this stipulated motion and respectfully request that the Court issue an order extending the Summary Judgment Motion briefing deadlines by approximately four weeks.  The parties seek additional time to fully brief the pending Motions in light of the upcoming holidays and the fact that this Court has now issued a Minute Order striking the trial date and any remaining pretrial deadlines pending the Court's ruling on the outstanding motions (Dkt.17).  The requested extensions are sought in good faith and not for the purposes of unwarranted delay.  No party will be prejudiced by the requested extensions of time.

STIPULATED MOTION AND ORDER FOR
EXTENSION OF SUMMARY JUDGMENT
MOTOIN BRIEFING DEADLINES - 1
Case No. 2:20-cv-01674-RSL

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

THEREFORE, the parties respectfully request that the Court issue and order extending the Summary Judgment Motion briefing deadlines as follows:

1. Plaintiff Evergreen Chevrolet, LLC's ("Evergreen Chevrolet") Opposition to Defendant Granite State Insurance Company's ("Granite State") Motion for Summary Judgment deadline to be extended from December 13, 2021 to January 10, 2022;

2. Granite State's Reply in support of its Motion for Summary Judgment deadline to be extended from December 17, 2021 to January 14, 2022;

3. Granite State's Opposition to Evergreen Chevrolet's Motion for Summary Judgment deadline to be extended from December 20, 2021 to January 17, 2022; and

4. Evergreen Chevrolet's Reply in support of its Motion for Summary Judgment deadline to be extended from December 24, 2021 to January 21, 2022.

DATED this 9th day of December, 2021.

| GLASCOCK STREET WAXLER LLP | GORDON REES SCULLY MANSUKHANI, LLP |
|---|---|
| s/ Andrew D. Glascock | s/ Donald J. Verfurth |
| Andrew D. Glascock, WSBA #36114 | Donald J. Verfurth, WSBA #15554 |
| *Attorney for Plaintiff Evergreen Chevrolet* | Sally S. Kim, WSBA #35289 |
| Glascock Street Waxler, LLP | *Attorneys for Defendant Granite State Ins. Co.* |
| 6915 S Macadam Avenue, Suite 300 | Gordon Rees Scully Mansukhani, LLP |
| Portland, Oregon 97219 | 701 Fifth Avenue, Suite 2100 |
| Phone: 503-501-5430 | Seattle, WA 98104 |
| Email: glascock@gswlaworegon.com | Phone: 206-695-5100 |
| | Email: dverfurth@grsm.com, sallykim@grsm.com |

STIPULATED MOTION AND ORDER FOR EXTENSION OF SUMMARY JUDGMENT MOTION BRIEFING DEADLINES - 2

Case No. 2:20-cv-01674-RSL

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

## ORDER

Having considered the Parties' Stipulated Motion for Extension of Summary Judgment Motion Briefing Deadlines, and being sufficiently advised, the Court hereby ORDERS as follows:

IT IS ORDERED that the MOTION be granted and that the Summary Judgment Motion briefing deadlines are EXTENDED as follows:

1. Plaintiff Evergreen Chevrolet, LLC's ("Evergreen Chevrolet") Opposition to Defendant Granite State Insurance Company's ("Granite State") Motion for Summary Judgment deadline to be extended from December 13, 2021 to January 10, 2022;

2. Granite State's Reply in support of its Motion for Summary Judgment deadline to be extended from December 17, 2021 to January 14, 2022;

3. Granite State's Opposition to Evergreen Chevrolet's Motion for Summary Judgment deadline to be extended from December 20, 2021 to January 17, 2022; and

4. Evergreen Chevrolet's Reply in support of its Motion for Summary Judgment deadline to be extended from December 24, 2021 to January 21, 2022.

The Clerk of Court is directed to renote Granite State's Motion for Summary Judgment for consideration on Friday, January 14, 2022, and Evergreen Cheverolet's Motion for Summary Judgment for consideration on Friday, January 21, 2022.

Dated this 10th day of December, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER FOR
EXTENSION OF SUMMARY JUDGMENT
MOTOIN BRIEFING DEADLINES - 3
Case No. 2:20-cv-01674-RSL

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

Presented by:

| GLASCOCK STREET WAXLER LLP | GORDON REES SCULLY MANSUKHANI, LLP |
|---|---|
| *s/ Andrew D. Glascock* | *s/ Donald J. Verfurth* |
| Andrew D. Glascock, WSBA #36114 | Donald J. Verfurth, WSBA #15554 |
| Attorney for Plaintiff Evergreen Chevrolet | Sally S. Kim, WSBA #35289 |
| Glascock Street Waxler, LLP | Attorneys for Defendant Granite State Insurance Company |
| 6915 S Macadam Avenue, Suite 300 | Gordon ees Scully Mansukhani, LLP |
| Portland, Oregon 97219 | 701 Fifth Avenue, Suite 2100 |
| Phone: 503-501-5430 | Seattle, WA 98104 |
| Email: glascock@gswlaworegon.com | Phone: 206-695-5100 |
| | Email: dverfurth@grsm.com, sallykim@grsm.com |

STIPULATED MOTION AND ORDER FOR
EXTENSION OF SUMMARY JUDGMENT
MOTOIN BRIEFING DEADLINES - 4
Case No. 2:20-cv-01674-RSL

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822