UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVERGREEN CHEVROLET, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GRANITE STATE INSURANCE COMPANY, an Illinois corporation and subsidiary of American International Group, a New York corporation,<br><br>Defendant. | NO.  2:20-cv-01674-RSL<br><br>**STIPULATED MOTION AND ORDER FOR EXTENSION OF SUMMARY JUDGMENT MOTION BRIEFING DEADLINES** |

The parties, by and through their attorneys, file this stipulated motion and respectfully request that the Court issue an order extending the Summary Judgment Motion briefing deadlines by one day.  The parties seek additional time to fully brief the pending Motions in light what appears to be an inconsistency between Local Rule 6 and Local Rule 7d(5) with respect to when a response is due if the deadline for filing falls on a federal holiday.  The requested extensions are sought in good faith and not for the purposes of unwarranted delay.  No party will be prejudiced by the requested extensions of time.

THEREFORE, the parties respectfully request that the Court issue and order extending

STIPULATED MOTION AND ORDER FOR
EXTENSION OF SUMMARY JUDGMENT
MOTION BRIEFING DEADLINES - 1
Case No. 2:20-cv-01674-RSL

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

the Summary Judgment Motion briefing deadlines as follows:

1. Granite State's Opposition to Evergreen Chevrolet's Motion for Summary Judgment deadline to be extended from January 17, 2022 to January 18, 2022; and

2. Evergreen Chevrolet's Reply in support of its Motion for Summary Judgment deadline to be extended from January 21, 2022 to January 24, 2022.

DATED this 18th day of January, 2022.

| GLASCOCK STREET WAXLER LLP | GORDON REES SCULLY MANSUKHANI, LLP |
|---|---|
| *s/ Andrew D. Glascock*<br>Andrew D. Glascock, WSBA #36114<br>*Attorney for Plaintiff Evergreen Chevrolet*<br>Glascock Street Waxler, LLP<br>6915 S Macadam Avenue, Suite 300<br>Portland, Oregon 97219<br>Phone: 503-501-5430<br>Email: glascock@gswlaworegon.com | *s/ Donald J. Verfurth*<br>Donald J. Verfurth, WSBA #15554<br>Sally S. Kim, WSBA #35289<br>*Attorneys for Defendant Granite State Ins. Co.*<br>Gordon Rees Scully Mansukhani, LLP<br>701 Fifth Avenue, Suite 2100<br>Seattle, WA 98104<br>Phone: 206-695-5100<br>Email: dverfurth@grsm.com, sallykim@grsm.com |

STIPULATED MOTION AND ORDER FOR EXTENSION OF SUMMARY JUDGMENT MOTION BRIEFING DEADLINES - 2
Case No. 2:20-cv-01674-RSL

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

## ORDER

Having considered the Parties' Stipulated Motion for Extension of Summary Judgment Motion Briefing Deadlines, and being sufficiently advised, the Court hereby ORDERS as follows:

IT IS ORDERED that the MOTION be granted and that the Summary Judgment Motion briefing deadlines are EXTENDED as follows:

1. Granite State's Opposition to Evergreen Chevrolet's Motion for Summary Judgment deadline to be extended from January 17, 2022 to January 18, 2022; and

2. Evergreen Chevrolet's Reply in support of its Motion for Summary Judgment deadline to be extended from January 21, 2022 to January 24, 2022.

3. The Clerk of Court is directed to renote Evergreen Chevrolet's Motion for Summary Judgment for consideration on Friday, January 28, 2022.

IT IS SO ORDERED.

Dated this 19th day of January, 2022.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER FOR
EXTENSION OF SUMMARY JUDGMENT
MOTION BRIEFING DEADLINES - 3
Case No. 2:20-cv-01674-RSL

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822